IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   21-cv-01184-NYW

A.S.K.

    Plaintiff,

v.

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion and Order [19] of Judge Nina Y. Wang entered on August 10, 2022, it is

ORDERED that the Commissioner's final decision is AFFIRMED and, accordingly, final judgment is entered in favor of Commissioner, Social Security Administration, and against A.S.K.

Dated at Denver, Colorado this 11th day of August 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/   C. Pommenville

C. Pommenville, Deputy Clerk